UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

JEFFERY L. HACKLE,  
    Plaintiff,

Case No. 1:12-cv-145

Beckwith, J.
Litkovitz, M.J.

vs

COMMISSIONER OF THE
SOCIAL SECURITY ADMINISTRATION,
    Defendant.

ORDER

    Plaintiff has filed an *in forma pauperis* application in this case. The application contains the names of the plaintiff's children, who are assumed to be minors, in the list of dependents.

    Pursuant to Rule 5.2(a), Fed. R. Civ. P., filing parties shall omit or partially redact personal data identifiers, including the names of minors, from all pleadings, documents and exhibits. Plaintiff is notified that any further documents filed with the Court shall omit personal data identifiers and shall identify any minors by their initials.

    The Clerk of Court is hereby **DIRECTED** to redact the privacy information from plaintiff's *in forma pauperis* application (Doc. 1), which has been granted by separate Order issued this date.

    The Clerk of Court is further **DIRECTED** to electronically file the redacted version of the *in forma pauperis* application.

    The Clerk is **DIRECTED** to seal the original *in forma pauperis* application and to reflect the sealing of that document on the docket of the Court. The original *in forma pauperis*

application shall be retained under seal until further order of the Court.

**IT IS SO ORDERED.**

Date: 2/21/12

Karen L. Litkovitz
United States Magistrate Judge